UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-352-MOC-SCR

| | |
|---|---|
| NATALIE FERRETTI, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TRUIST FINANCIAL )<br>CORPORATION, )<br>Defendant. )<br>) | **JUDGMENT** |

This action having come before the Court upon Plaintiff's Notice of Acceptance of Offer of Judgment (Doc. Nos. 34 and 34-1) pursuant to Rule 68 of the Federal Rules of Civil Procedure.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment (Doc. Nos. 34 and 34-1) pursuant to Rule 68 filed on February 24, 2025.

Signed: March 25, 2025

Katherine Hord Simon, Clerk
United States District Court

1